Name MR IRVIN E COOPER
Address 5W313 651 I st Sacto CA 95814

CDC or ID Number XREF 2491647

MC-275

(21)

**FILED**

AUG 19 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
(Court)

Petitioner: IRIN ELLEOTTE COOPER

vs.

Respondent: JEREMIAH VAN ETTEN

PETITION FOR WRIT OF HABEAS CORPUS

No. 05F10134
(To be supplied by the Clerk of the Court)

08-CV-1937 GGH P

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page one of six

Form Approved by the
Judicial Council of California
MC-275 [Rev. July 1, 2005]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 60(a)

American LegalNet, Inc.
www.USCourtForms.com

This petition concerns:

- [ ] A conviction
- [ ] A sentence
- [ ] Jail or prison conditions
- [ ] Parole
- [ ] Credits
- [ ] Prison discipline
- [x] Other (specify): __I am requesting__

1. Your name: __Ixim Emitote Coogler__
2. Where are you incarcerated? __Sacramento County main (men's) Jail__
3. Why are you in custody? [ ] Criminal Conviction  [ ] Civil Commitment

   Answer subdivisions a. through i. to the best of your ability.

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   __The reason I am being held under incarceration is because of alleged counts of 211 robbery 6 counts, Assault with a Shoot gun/ex-felon in possession of a weapon__

   b. Penal or other code sections: __211 P.C. 12022.3 P.C.__

   c. Name and location of sentencing or committing court: __Sacramento County main (men's) Jail__

   d. Case number: __No: 05F10134__

   e. Date convicted or committed: __Nov 4th the allegations of 211 p.c. and 12023__

   f. Date sentenced: __None only preliminary date Aug 14th 2007__

   g. Length of sentence: __N/A__

   h. When do you expect to be released? __N/A, ASAP__

   i. Were you represented by counsel in the trial court? [x] Yes. [ ] No. If yes, state the attorney's name and address:

   __Jeremiah Van Etten Assistant public defender__

4. What was the LAST plea you entered? (check one)

   [x] Not guilty [ ] Guilty [ ] Nolo Contendere [ ] Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

   [ ] Jury [ ] Judge without a jury [ ] Submitted on transcript [x] Awaiting trial

6  **GROUNDS FOR RELIEF**
**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

The grounds I am baseing my claim on, the fact's that my 6th amendmendment due process has been violated on, the fact that I could not face & cross/ Examine, and Impeach my accussers In preliminary hearing on Aug 19th 2007

a. **Supporting facts:**
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where).* *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

The fact is that my Counsel did not, subpena my accusers under oath, as to be Cross/ex amined, my accusser's two did not Impeach there testimony under oath; for the simple fact that, they could not, give a correct Identifycation of the alleged perpitrater, of the alleged 211 p.c. Crime. In my case. I wanted that information under oath for trial, perposeses, on this case #05F10134

b. **Supporting cases, rules, or other authority (optional):**
*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

Pointer vs. Texas, 380 U.S. 400, 406 (1965) 448 U.S. At 66 Woodsides vs. State, 3 Miss. 655, 664-665 (1837) Wigmore, evidence § 1397, p. 104 C 2d Ed (1923) Coy vs. Iowa 487 U.S. 1012, 1015 (1988) Confrontation Clause, 34 VA J Int'll

7. Ground 2 or Ground _____ (if applicable):
   481, (1984).

a. Supporting facts:
   N/A

b. Supporting cases, rules, or other authority:

8. Did you appeal from the conviction, sentence, or commitment? ☒ Yes. ☐ No. If yes, give the following information:
   a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):
      I appeal to my lawyer to make an appeal
   b. Result: None
   c. Date of decision: Aug 14-2007
   d. Case number or citation of opinion, if known: #05F10634
   e. Issues raised: (1) This Issuses Raised was the fact that
      (2) I wanted my Lawyer to superia; the accussers
      (3) of the Defendant in this case
   f. Were you represented by counsel on appeal? ☒ Yes. ☐ No. If yes, state the attorney's name and address, if known:
      Jeremiah Van Ether

9. Did you seek review in the California Supreme Court? ☐ Yes ☒ No. If yes, give the following information:
   a. Result: N/A
   b. Date of decision: N/A
   c. Case number or citation of opinion, if known: N/A
   d. Issues raised: (1) N/A
      (2) N/A
      (3) N/A

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:
    My Attorney did not make the appeak at that time on Aug-17th 2007

11. Administrative Review:
    a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:
       N/A

    b. Did you seek the highest level of administrative review available? ☒ Yes. ☐ No.
       *Attach documents that show you have exhausted your administrative remedies.*

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☐ Yes. If yes, continue with number 13. ☒ No. If no, skip to number 15.

13. a. (1) Name of court: _Eastereren district U.S. Court_

   (2) Nature of proceeding (for example, "habeas corpus petition"): _Yes habeas corpus_

   (3) Issues raised: (a) _Aug 10th - 2008_

   (b) _____

   (4) Result (Attach order or explain why unavailable): _____

   (5) Date of decision: _____

   b. (1) Name of court: _____

   (2) Nature of proceeding: _____

   (3) Issues raised: (a) _____

   (b) _____

   (4) Result (Attach order or explain why unavailable): _____

   (5) Date of decision: _____

   c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.)

16. Are you presently represented by counsel? ☒ Yes. ☐ No. If yes, state the attorney's name and address, if known: _Jeremiah Van Etten_

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☒ No. If yes, explain: _N/A_

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court: _The fact or transcript that my attorney did not cross examine my accusers in preliminary hearing on identification issues._

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: _8/15/08_  ▶ MR. _____
(SIGNATURE OF PETITIONER)

MC-275 [Rev. July 1, 2005]   PETITION FOR WRIT OF HABEAS CORPUS   Page six of six